IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| William L. Ridenour and Tommy Lee Brown, | : | |
| | : | Civil Action 2:10-cv-00493 |
| Plaintiffs | | |
| | : | Judge Holschuh |
| v. | | |
| | : | Magistrate Judge Abel |
| Ohio Department of Rehabilitation and Correction, *et al.*, | : | |
| Defendants | | |

# ORDER

Plaintiffs William L. Ridenour and Tommy Lee Brown's August 10, 2010 motion for the Court to take judicial notice of their extrajudicial efforts to properly serve defendants Black, Brunsman, Clever, Hildebrand, and Pritchard (doc. 13) is DENIED. Plaintiffs' motion does not serve as a substitute for service; however if plaintiffs simply wanted to inform the Court of their efforts to resolve the issue informally prior to seeking intervention of the Court, their efforts have been noted.

Plaintiffs' September 15, 2010 motion for an order directing the Attorney General to provide forwarding addresses of the unserved defendants to the United States Marshal and an order directing the United States Marshall to serve a copy of the complaint and summons upon the unserved defendants (doc. 22) is also pending before the Magistrate Judge. Plaintiffs acknowledge that the States is reluctant to divulge the

1

home addresses of its employees, so they ask the Attorney General to provide the last known addresses for the unserved defendants to the Marshal. *See McKenzie v. Hernandez*, Civil No. 09-2631-H, 2010 WL 685005 (S.D. Cal. Feb. 23, 2010).

Plaintiffs' September 15, 2010 motion for an order directing the Attorney General to provide forwarding addresses of the unserved defendants to the United States Marshal and an order directing the United States Marshall to serve a copy of the complaint and summons upon the unserved defendants (doc. 22) is GRANTED. The Attorney General is DIRECTED to provide the last known address for defendants Black, Brunsman, Clever, Hildebrand and Pritchard to the United States Marshal within 30 days of the date of this Order.

Under the provisions of 28 U.S.C. §636(b)(1)(A), Rule 72(a), Fed. R. Civ. P., and Eastern Division Order No. 91-3, pt. F, 5, either party may, within fourteen (14) days after this Order is filed, file and serve on the opposing party a motion for reconsideration by the District Judge. The motion must specifically designate the Order, or part thereof, in question and the basis for any objection thereto. The District Judge, upon consideration of the motion, shall set aside any part of this Order found to be clearly erroneous or contrary to law.

s/ Mark R. Abel
United States Magistrate Judge

2