IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| William L. Ridenour and Tommy Lee Brown, | : | |
| | : | Civil Action 2:10-cv-00493 |
| Plaintiffs | : | Judge Economus |
| v. | : | Magistrate Judge Abel |
| Ohio Department of Rehabilitation and Correction, *et al.*, | : | |
| Defendants | | |

## ORDER

This matter is before the Magistrate Judge on plaintiffs William L. Ridenour and Tommy Lee Brown's September 19, 2012 motion for an order reinstating the Court's Order which granted their previous motion for an order directing counsel for defendants to provide forwarding addresses of the unserved defendants to the United States Marshal (doc. 51).

On October 1, 2010, the Attorney General was directed to provide the last known address for defendants Black, Brunsman, Clever, Hildebrand and Pritchard to the United States Marshal within 30 days. On May 17, 2011, this case was stayed. The stay has now been lifted.

In response to plaintiffs' motion, counsel for defendants indicates that she is in the process of obtaining requests for representation for defendants Black, Brunsman,

1

Clever and Hildebrand, and that once this has been finalized, waivers of service will be forthcoming. Defendants also report that defendant Pritchard was deceased approximately one year prior to the filing of this action.

In their reply, plaintiffs also seek an extension of the deadlines for completing discovery and for filing dispositive motions. Their request is GRANTED. All discovery must be completed by January 31, 2012, and dispositive motions must be filed no later than March 1, 2012.

As of the date of this Order, no waivers of service have been filed with the Court. Counsel for defendants is DIRECTED to either file waivers of service with the Court or to provide the last known address for defendants Black, Brunsman, Clever, Hildebrand and Pritchard to the United States Marshal within fourteen (14) days of the date of this Order. I note that this case was stayed long after the deadline for providing the addresses had passed.

For the reasons stated above, plaintiff's September 19, 2012 joint motion for an order to reinstate the Court's Order granting document 22 (doc. 51) is GRANTED. All discovery must be completed by January 31, 2012, and dispositive motions must be filed no later than March 1, 2012. Plaintiffs' October 15, 2012 motion to waive page limitations on their second motion to compel discovery (doc. 54) is also GRANTED.

Under the provisions of 28 U.S.C. §636(b)(1)(A), Rule 72(a), Fed. R. Civ. P., and Eastern Division Order No. 91-3, pt. F, 5, either party may, within fourteen (14) days after this Order is filed, file and serve on the opposing party a motion for

reconsideration by the District Judge. The motion must specifically designate the Order, or part thereof, in question and the basis for any objection thereto. The District Judge, upon consideration of the motion, shall set aside any part of this Order found to be clearly erroneous or contrary to law.

                                            s/Mark R. Abel
                                            United States Magistrate Judge