IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| William L. Ridenour and Tommy Lee Brown, | : | |
| | : | Civil Action 2:10-cv-00493 |
| Plaintiffs | | |
| | : | Judge Economus |
| v. | | |
| | : | Magistrate Judge Abel |
| Ohio Department of Rehabilitation and Correction, *et al.*, | : | |
| Defendants | | |

## Order

Plaintiffs' April 26, 2013 motion to reset the discovery and dispositive motion deadlines (doc. 110) is GRANTED. Discovery must be completed on or before June 3, 2013, and dispositive motions must be filed no later than July 3, 2013.

s/Mark R. Abel
United States Magistrate Judge
