IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| William L. Ridenour and Tommy Lee Brown, | : | |
| | : | Civil Action 2:10-cv-00493 |
| Plaintiffs | | |
| | : | Judge Economous |
| v. | | |
| | : | Magistrate Judge Abel |
| Ohio Department of Rehabilitation and Correction, *et al.*, | : | |
| Defendants | | |

# ORDER

This matter is before the Magistrate Judge on plaintiffs' May 8, 2013 motion for leave to depose Beth Higginbotham (doc. 115). In their response in opposition, defendants maintain plaintiffs had the opportunity to review their medical records on May 16, 2013. Defendants attached signed statements by plaintiffs acknowledging that they reviewed their medical records. Therefore, plaintiffs' May 8, 2013 motion for leave to depose Beth Higginbotham (doc. 115) is DENIED as MOOT.

s/Mark R. Abel
United States Magistrate Judge
